Jacob COLON and Evelyn Colon, Individuals, trading as E. & J. Distributing Company, Petitioners, v. FEDERAL TRADE COMMISSION, Respondent.

No. 10, Docket 21723.

United States Court of Appeals
Second Circuit.

Argued Dec. 12, 1951.

Decided Jan. 3, 1952.

Arthur D. Herrick, New York City, for petitioners.

W. T. Kelley, General Counsel, James W. Cassedy, Asst. General Counsel, and Jno. W. Carter, Jr., Attorney, all of Washington, D. C., for Federal Trade Commission.

Before CHASE, CLARK and FRANK, Circuit Judges.

PER CURIAM.

The findings are shown by the record to have been supported by substantial evidence and the order is affirmed on the authority of Wolf v. Federal Trade Commission, 7 Cir., 135 F.2d 564.

William E. HOWELL, Petitioner-Appellant, v. Herbert H. HANN, Warden, Nebraska State Penitentiary.

No. 14515.

United States Court of Appeals
Eighth Circuit.

Dec. 26, 1951.

William E. Howell, pro se.

PER CURIAM.

Motion of Petitioner for Certificate of Probable Cause, for order allowing him to prosecute his appeal in forma pauperis and for order directing the District Court to forward to this Court the original files denied in all respects, and appeal attempted to be taken from the United States District Court for the District of Nebraska dismissed.

Eugene F. LUCK, Appellant, v. UNITED STATES of America, Appellee.

No. 13541.

United States Court of Appeals
Fifth Circuit.

Jan. 7, 1952.

Rehearing Denied Jan. 24, 1952.

Herschel O. Moats, Orlando, Fla., Robert E. Forney, Jacksonville, Fla., for appellant.

Herbert S. Phillips, U. S. Atty., Tampa, Fla., Ernest L. Duhaime, Asst. U. S. Atty., Miami, Fla., for appellee.

Before HOLMES, BORAH, and STRUM, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.